**Order entered January 30, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01000-CV

### RUSSELL D. ABEREGG, Appellant

### V.

### MONICA CESCHAN, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-12-00023

## ORDER

Before the Court is appellant's January 29, 2014 motion to reset submission of his appeal to a date after February 15, 2014 because he is constructing an amended brief. This case has already been submitted without oral argument on January 28, 2014. We therefore **DENY** appellant's request to extend the time for submission.

We also **DENY** appellant's motion to the extent that he requests an extension of time to file an amended brief. Appellant filed his original brief on May 20, 2013. On May 23, 2014, we sent appellant a defective brief notice and instructed him to file an amended brief correcting the deficiencies within ten days. Appellant did not file an amended brief as instructed or seek an extension of time to file an amended brief. Rather, he filed a motion for remand for a hearing. We denied his motion for remand by order dated July 2, 2013 and informed appellant that the

appeal would be submitted on the brief he initially filed.  On August 1, 2013, appellant sought clarification of the July 2, 2013 order and a thirty-day extension of time to file a brief.  We denied appellant's request for an extension of time to file a brief by order dated August 14, 2013.

In his motion, appellant also presented additional points labeled (a) through (g) as an "amendment" to his brief.  We will consider these points to the extent they concern arguments already raised in appellant's initial brief.


/s/    ADA BROWN
           JUSTICE